**So Ordered.**

**Dated: October 7th, 2015**



Frank L. Kurtz
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Jennifer M. Hansson,<br><br>Debtor. | Case No. 15-01662-FLK13<br><br>**FINDINGS OF FACT AND CONCLUSIONS OF LAW RE: CHAPTER 13 PLAN** |

    This matter came before the Court for a contested confirmation hearing on October 5, 2015 before the Honorable Frank L. Kurtz. Debtor appeared through Robert J. Reynolds. Mike I. Todd appeared telephonically on behalf of the Chapter 13 Trustee. There was no appearance on behalf of Creditor Jay LaCoursiere. The Court entered Debtor's Exhibits B-G and heard the sworn testimony of Debtor, and being familiar with the files and pleadings herein, now, therefore

THE COURT FINDS AS FOLLOWS:

1. There has been compliance with the provisions of 11 U.S.C. § 1325 et seq., fees required to be paid have been paid, and the plan has been proposed in good faith and not by any means forbidden by law.

Findings of Fact &
Conclusions of Law -

2.  The value of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on said claim if the Debtor(s)'s estate were liquidated under Chapter 7 on the effective date of the plan.

3.  With respect to each allowed secured claim provided for by the plan;

    (A) the holder of such claim has accepted the plan;

    (B)

        (i) The plan provides that the holder of such claim retain the lien securing such claim; and
        (ii) The value, as of the effective date of the plan, of property to be distributed under the plan on account of such claim is not less than the allowed amount of such claim; or

    (C) The debtor surrenders the property securing such claim to such holder; and

4.  The plan is feasible.

THE COURT CONCLUDES AS FOLLOWS:

The Chapter 13 Plan as amended or modified complies in all respects with the requirements of 11 U.S.C. § 13325 and should be CONFIRMED.

Findings of Fact &
Conclusions of Law -